```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EZEQUIEL VILLAREAL-MENERA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00126 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| EZEQUIEL VILLAREAL-MENERA, | Date : June 29, 2009 |
| *Defendant.* | Time:  9:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above captioned matter now set for June 8, 2009, **may be continued to June 29, 2009, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and further plea negotiation prior to hearing.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

DATED:  June 4, 2009               /s/ Ian Garriques
                                        IAN GARRIQUES
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED:  June 4, 2009               /s/  Marc Days
                                        MARC DAYS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Ezequiel Villareal-Menera


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:   June 4, 2009**                    /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE