1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  EZEQUIEL VILLAREAL-MENERA

7

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. 1:09-cr-00126 AWI
                                     )
12              *Plaintiff,*          )   STIPULATION TO CONTINUE SENTENCING
                                     )   HEARING; ORDER
13              v.                    )
                                     )
14  EZEQUIEL VILLAREAL-MENERA,       )   Date :  March 22, 2010
                                     )   Time:  9:00 a.m.
15              *Defendant.*          )   Judge: Hon. Anthony W. Ishii
    _____ )

16

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18  attorneys of record herein, that the sentencing hearing in the above captioned matter now set for

19  February 22, 2010, **may be continued to March 22, 2010, at 9:00 a.m.**

20       This continuance is requested by counsel for the defendant to allow additional time for defense

21  preparation prior to hearing.  The requested continuance will conserve time and resources for both counsel

22  and the court.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2 justice, including but not limited to, the need for the period of time set forth herein for further defense

3 preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a

4 continuance.

5                                                       BENJAMIN B. WAGNER
                                                        United States Attorney
6

7 DATED:  February 18, 2010                             /s/ Ian Garriques
                                                        IAN GARRIQUES
8                                                       Assistant United States Attorney
                                                        Attorney for Plaintiff
9

10                                                      DANIEL J. BRODERICK
                                                        Federal Defender
11

12 DATED:  February 18, 2010                            /s/  Marc Days
                                                        MARC DAYS
13                                                      Assistant Federal Defender
                                                        Attorney for Defendant
14                                                      Ezequiel Villareal-Menera

15

16                                    **O R D E R**

17      **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.

18 §§ 3161(h)(7)(A) and (B)

19

20 IT IS SO ORDERED.

21 **Dated:    February 18, 2010**                  /s/ **Anthony W. Ishii**
                                                   CHIEF UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28
   Stipulation to Continue Sentencing
   Hearing; [Proposed] Order                        2